LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| ANNA GUZMAN, | ) | No. EDCV 11-01018 MAN |
|---|---|---|
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER AWARDING EAJA FEES |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner Of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND EIGHT HUNDRED DOLLARS AND 00/100 ($1,800.00) subject to the terms of the Stipulation.

    DATE:   March 5, 2012

*Margaret A. Nagle*
_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

-1-